

# SATTERLEE STEPHENS LLP

230 Park Avenue 11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

Peggy S. Chen
E-Mail: pchen@ssbb.com
Direct Dial: (212) 404-8722

www.ssbb.com

July 11, 2018

<u>Via ECF</u>
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

   Re: <u>Luc Burbon v. Oppenheimer & Co., Inc.,</u> Case No. 1:18-cv-05543

Dear Judge Oetken:

  We represent defendant Oppenheimer & Co., Inc. ("Oppenheimer") in the above-referenced matter and write on behalf of Oppenheimer to respectfully request an extension of time to answer, move or otherwise respond to plaintiff Luc Burbon's complaint. The current deadline to respond to the complaint is July 13, 2018. We seek a three week extension of time to August 3, 2018. Counsel for plaintiff has consented to the requested extension. No previous request for an extension has been made.

            Respectfully submitted,

            Peggy S. Chen

cc: Joseph Mizrahi, Cohen & Mizrahi LLP (counsel for plaintiff)
   (<i>via ECF</i>)

3017524_1